# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**WALTER DRUMMOND,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2018

[January 28, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara A. McCarthy, Judge; L.T. Case No. 02-4343CF10A.

Walter Drummond, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***